# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ZACHARY VASQUEZ,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 1:19-CV-405-SH |
| DIANE HALL,<br>*Defendant* | §<br>§<br>§ | |

## O R D E R

Before the Court is the Parties' Agreed Stipulation of Dismissal (Dkt. 63), filed July 13, 2021. Plaintiff has agreed to dismiss all of his causes of action against Defendant with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, the Court **GRANTS** the Agreed Stipulation of Dismissal (Dkt. 63) and will enter a Final Judgment in a separate order.

**SIGNED** on July 15, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE